FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 23 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Sky Trammel DEFENDANT(S). | CASE NUMBER SA 11-315M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for __Friday 6/24/11__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ (Other custodial officer) _____ and produced for the hearing.

Dated: __6/23/11__

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge